RECEIVED
OCT - 1 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES DEAL | CIVIL ACTION NO.: 1:13-cv-0079 |
| VERSUS | |
| WINN CORRECTIONAL CENTER, ET AL. | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Deal's complaint is DISMISSED WITH PREJUDICE as the action is frivolous and as Deal failed to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e).

THUS DONE AND SIGNED at Alexandria, Louisiana on this 1st day of ~~September~~ October, 2014.

JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE